UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
BARCLAYS CAPITAL INC., MERRILL LYNCH,    :
PIERCE, FENNER & SMITH INCORPORATED,     :   06 Civ. 4908 (DLC)
AND MORGAN STANLEY & CO. INCORPORATED,   :
:
                  Plaintiffs,    :       ORDER
:
-v-                          :
:
THEFLYONTHEWALL.COM,                     :
                  Defendant.    :
:
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/10
```

DENISE COTE, District Judge:

    The plaintiffs' requests for an award of prejudgment interest and attorney's fees under 17 U.S.C. § 505 having been granted by the March 18, 2010 Opinion and Order, with certain limitations as stated therein, it is hereby

    ORDERED that the parties shall confer and present a proposed methodology for calculating those awards by **March 26, 2010**.

    IT IS FURTHER ORDERED that the application in support of plaintiffs' request for attorney's fees shall be due **April 9, 2010**. Defendant's opposition shall be due **April 23, 2010**. Plaintiffs' reply, if any, shall be due **April 30, 2010**.

    SO ORDERED:

Dated:   New York, New York
          March 18, 2010

                                         DENISE COTE
                            United States District Judge