UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| BARCLAYS CAPITAL INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AND MORGAN STANLEY & CO., INCORPORATED,<br><br>    Plaintiffs,<br><br>v.<br><br>THEFLYONTHEWALL.COM, INC.,<br><br>    Defendant. | **NOTICE OF APPEAL**<br><br>Case No. 06 CV 4908 (DLC)<br><br>**ECF CASE** |

Defendant Theflyonthewall.com, Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered March 22, 2010 for plaintiffs on the hot-news misappropriation claim, the award of attorneys' fees and prejudgment interest on the copyright claim, the Permanent Injunction dated March 18, 2010 as it relates to the hot-news misappropriation claim, and the Court's Opinion and Order dated March 18, 2010.

Dated: New York, New York  
April 9, 2010

OSTRAGER CHONG FLAHERTY  
& BROITMAN P.C.

By: *Glenn Ostrager* (signature)  
Glenn F. Ostrager  
Joshua S. Broitman

570 Lexington Avenue  
New York, New York 10022-0899  
(212) 681-0600

*Attorneys for Defendant*  
*Theflyonthewall.com, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on the same date of execution of this Certificate, a copy of the foregoing **NOTICE OF APPEAL** was served by first class mail, postage prepaid, upon:

>R. Bruce Rich, Esq.
>Benjamin E. Marks, Esq.
>Jonathan Bloom, Esq.
>WEIL, GOTSHAL & MANGES LLP
>767 Fifth Avenue
>New York, NY 10153
>
>Attorneys for Plaintiffs
>Barclays Capital Inc, Merrill Lynch, Pierce,
>Fenner & Smith Incorporated, and Morgan
>Stanley & Co. Incorporated

Dated: New York, New York
April 9, 2010

_____
Glenn F. Ostrager